IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICKEY SHOEMAKER**                                                           **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 3:20-CV-51 HTW-RPM**

**WARDEN JAMES MILLER**                                         **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge Robert P. Meyers, Jr., [Docket no. 13], which was entered on April 25, 2022. Plaintiff did not file any objection to the Magistrate Judge's Report and Recommendation.

After examining the record evidence in this case, the Magistrate Judge recommended that Rickey Shoemaker's §2254 petition for writ of habeas corpus should be denied with prejudice.

This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no. 13]** should be and are hereby **adopted** as this Court's own. Accordingly, this court dismisses this Complaint. A separate Final Judgment will issue on this date.

SO ORDERED AND ADJUDGED, this the 29th day of May, 2022.

                                                  /s/HENRY T. WINGATE
                                                  UNITED STATES DISTRICT JUDGE